IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BEVERLY PLACE APTS LLC,<br>LOUIS MANOR APTS, LLC, AND<br>COLUMBUS VILLAGE APTS LLC,<br><br>   *Plaintiffs,*<br><br>v.<br><br>B PROPERTIES – BEVERLY PLACE,<br>LLC, B PROPERTIES – LOUIS<br>MANOR, LLC, B PROPERTIES –<br>COLUMBUS VILLAGE, LLC, AND<br>MADISON TITLE AGENCY,<br><br>   *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:22-cv-00322<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER ON CLOSING DOCUMENTS

The Parties have advised the Court via a Notice of Settlement [Dkt. 29] that they have settled all claims in this matter and are in the process of documenting the settlement.

It is therefore **ORDERED** that all Parties or their counsel shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of this Court on or before **January 20, 2023**. **If such papers are not received by the Court by the scheduled deadline, the Court may order dismissal of this action without further notice.** Within sixty (60) days of a dismissal order, any Party may petition to have the case reinstated upon showing good cause as to why settlement was not in fact consummated.

It is further **ORDERED** that all Court dates and pending deadlines are hereby **VACATED**.

**SIGNED this 16th day of December, 2022.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge