UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BEVERLY PLACE APTS LLC, LOUIS MANOR APTS LLC, and COLUMBUS VILLAGE APTS LLC, <br><br>*Plaintiffs/Counter-Defendants,* <br><br> v. <br><br> B PROPERTIES – BEVERLY PLACE, LLC, B PROPERTIES – LOUIS MANOR, LLC, B PROPERTIES – COLUMBUS VILLAGE, LLC, and MADISON TITLE AGENCY, <br><br>*Defendants/Counter-Plaintiffs.* | Civ. Action No. 1:22-CV-322 |

**AGREED MOTION TO DISBURSE FUNDS FROM**
**REGISTRY OF THE COURT**

Plaintiffs/Counter-Defendants Beverly Place Apts LLC, Louis Manor Apts LLC, and Columbus Village Apts LLC, together with Defendants/Counter-Plaintiffs B Properties – Beverly Place, LLC; B Properties – Louis Manor, LLC; and B Properties – Columbus Village, LLC (hereinafter, the "Parties"), by and through undersigned counsel, hereby jointly move the Court to direct the Clerk to disburse all funds being held in the Registry of the Court.

The Parties request that the principal sum of $150,000, and any associated interest, which represent escrowed funds being held pursuant to the Purchase Agreements that are the subject of this suit, initially deposited on September 15, 2022 [*See* Dkt. 14], be disbursed as follows:

Payee: Rhodium Asset Management
    Amount: $85,000
    Address: 100 Phillips Parkway, Montvale, NJ 07645

Payee: Bell Property Management, Ltd.
    Amount: $65,000
    Address: P.O. Box 1801, Corpus Christi, TX 78403

Respectfully submitted,

**BECK REDDEN LLP**

By: */s/ Jeff M. Golub*
Jeff M. Golub
Texas State Bar No. 00793823
Federal I.D. No. 21606
jgolub@beckredden.com
Maryam Ghaffar
Texas State Bar No. 24120847
mghaffar@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

*COUNSEL FOR PLAINTIFFS/COUNTER-DEFENDANTS*

**GERMER PLLC**

By: */s/ Charles Goehringer*
Charles W. Goehringer, Jr.
Texas Bar No. 00793817
cwgoehringer@germer.com
Kelli B. Smith
Texas Bar No. 24008053
ksmith@germer.com
Post Office Box 4915
Beaumont, Texas 77704
Telephone: (409) 654-6700
Facsimile: (409) 835-2115

*COUNSEL FOR DEFENDANTS/COUNTER-PLAINTIFFS*

## **Certificate of Service**

      I hereby certify that on January 3, 2023, a true and correct copy of the foregoing instrument was served on the following counsel via electronic mail in accordance with the Federal Rules of Civil Procedure:

Charles W. Goehringer, Jr.
Kelli B. Smith
GERMER PLLC
550 Fannin Street, Suite 400
Beaumont, Texas 77701
Cwgoehringer@germer.com
ksmith@germer.com

*Attorneys for Defendants/Counter-Plaintiffs*
*B Properties-Beverly Place, LLC,*
*B Properties-Louis Manor, LLC, and*
*B Properties-Columbus Village, LLC*

                                                      */s/Jeff M. Golub*
                                                   Jeff M. Golub