IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BEVERLY PLACE APTS LLC, LOUIS MANOR APTS, LLC, AND COLUMBUS VILLAGE APTS LLC, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § § | CIVIL ACTION NO. 1:22-cv-00322 JUDGE MICHAEL J. TRUNCALE |
| B PROPERTIES – BEVERLY PLACE, LLC, B PROPERTIES – LOUIS MANOR, LLC, B PROPERTIES – COLUMBUS VILLAGE, LLC, | § § § § § | |
| *Defendants.* | § | |

## ORDER GRANTING AGREED MOTION TO DISBURSE FUNDS FROM REGISTRY OF THE COURT

Before the Court is the Parties' Agreed Motion to Disburse Funds From the Registry of the Court. [Dkt. 31]. After considering the Parties' Agreed motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that the Parties' Agreed Motion to Disburse Funds From the Registry of the Court [Dkt. 31] is hereby **GRANTED**.

It is further **ORDERED** that the Clerk of the Court shall release and deliver the funds in the Registry of the Court as follows:

1. $85,000.00 and 57% of accrued interest
   Payee:   Rhodium Asset Management
   Address:   100 Phillips Parkway, Montvale, NJ 07645

2. $65,000.00 and 43% of accrued interest
   Payee:   Bell Property Management, Ltd.
   Address:   P.O. Box 1801, Corpus Christi, TX 78403.

It is further **ORDERED** that the above-styled cause is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

This is a Final Judgment.

**SIGNED this 9th day of January, 2023.**

Michael J. Truncale
United States District Judge